IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINH LE,

      Plaintiff,                    No. 2:12-cv-0975 GGH

  vs.                          <u>ORDER</u>

Commissioner of Social Security,

      Defendant.

_____/

       Pursuant to the stipulation of the parties filed November 6, 2012, this matter is dismissed with prejudice, each party to bear its own fees, costs and expenses.

DATED: November 8, 2012

                     <u>/s/ Gregory G. Hollows</u>
              UNITED STATES MAGISTRATE JUDGE

le0975.dism